**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| CLARENCE A. BRANCH, 3RD,<br><br>            Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, DIRECTOR OF COMMERCE, *et al.*,<br><br>            Defendants. | Case No. 2:18-cv-00402-GMN-VCF<br><br>**REPORT AND RECOMMENDATION FOR DISMISSAL WITH PREJUDICE** |

On March 15, 2018, the Court granted Plaintiff Clarence A. Branch, 3rd's application to proceed *in forma pauperis* and dismissed his complaint without prejudice. (ECF No. 3). The Court found that the complaint failed to articulate a claim or indicate that the Court had jurisdiction over the Defendants. (*Id.* at 2-3).

The Court gave Plaintiff until April 16, 2018 to file an amended complaint and warned that "[f]ailure to timely file an amended complaint that addresses the deficiencies noted in this Order may result in a recommendation for dismissal with prejudice." (*Id.* at 4). Plaintiff has failed to file an amended complaint or an objection to the Court's order. For the reasons discussed in the Court's March 15, 2018 Order, Plaintiff's complaint should be dismissed with prejudice.

Accordingly, and for good cause shown,

IT IS RECOMMENDED that this action be DISMISSED WITH PREJUDICE and Judgment entered, accordingly.

**NOTICE**

Pursuant to Local Rules IB 3-1, a party may object to orders or reports and recommendations issued by the Magistrate Judge. Objections must be in writing and filed with the Clerk of the Court within

fourteen days. (*See* LR IB 3-1). The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist*., 708 F.2d 452, 454 (9th Cir. 1983).

Under LSR 2-2, the Plaintiff must immediately file written notification with the Court of any change of address. The notification must include proof of service upon each opposing party of the party's attorney. **Failure to comply with this Rule may result in dismissal of the action**. (*See* LSR 2-2).

DATED this 18th day of April, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE